**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

VALERIE THOMPSON,

    Plaintiff,

v.                                                                                          Case No: 5:22-cv-253-JSM-PRL

ROMA ITALIA RESTAURANT OF
OCALA, LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal (Dkt. 12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of December, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record